**Entered on Docket
February 13, 2006**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

JANET L. CHUBB
State Bar No. 176
LOUIS M. BUBALA III
State Bar No. 8974
JONES VARGAS
100 West Liberty Street, 12th Floor
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
Fax: (775) 786-1177
Email: jlc@jonesvargas.com
 and    tbw@jonesvargas.com
 and    lbubala@jonesvargas.com

Attorneys for Marianne Eardley, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DONALD CARSON,<br><br>Debtor. | CASE NO. BK-N-05-51930-GWZ<br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S OBJECTIONS TO DEBTOR'S EXEMPTIONS**<br><br>Hearing Date:  February 2, 2006<br>Hearing Time:  10:00 a.m. |

On August 19, 2005, Marianne Eardley, Chapter 7 Trustee, filed an objection to Debtor's exemptions regarding two vehicles and his wife's annuity. The Court held a hearing on December 7, 2005, authorizing the Debtor to file supplemental affidavits and the Trustee to file a supplemental response. The court took oral argument on February 2, 2006.

///

1

H:\Fs1Wp51\Eardley, Marianne 500763.1\Pleadings\Order Re Exemptions 2.2.06.doc

Based on the Court's review of the pleadings and supporting materials, and in light of the oral arguments,

**IT IS HEREBY ORDERED** that:

1. Trustee's objection to Debtor's exemption regarding two vehicles is **GRANTED**. Debtor shall identify which vehicle he is declaring as exempt.

2. Trustee's objection to Debtor's wife's annuity as exempt is **GRANTED**.

Prepared and Submitted by:

JONES VARGAS

By: ___//s// Janet L. Chubb___
     JANET L. CHUBB
     LOUIS M. BUBALA III

Attorneys for Marianne Eardley,
Chapter 7 Trustee

(APPROVED)/DISAPPROVED

BEESLEY PECK & MATTEONI

By: _____
     BRUCE T. BEESLEY

Attorneys for Debtor

# # #

2

H:\Fs1\Wp51\Eardley, Marianne 500763.1\Pleadings\Order Re Exemptions 2.2.06.doc